UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

COLLINS MAHONEY,   )
                   )
       Plaintiff,  )
                   )      **JUDGMENT IN A**
v.                 )      **CIVIL CASE**
                   )      **CASE NO. 4:19-CV-94-D**
SPIRIT AEROSYSTEM, INC., )
                   )
       Defendant.  )

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendant's motion for summary judgment [D.E. 15]. Defendant may file a motion for costs in accordance with the Federal Rules of Civil Procedure and this court's local rules.

**This Judgment Filed and Entered on March 16, 2021, and Copies To:**

| | |
|---|---|
| Alexander C. Kelly | (via CM/ECF electronic notification) |
| Phillip J. Strach | (via CM/ECF electronic notification) |
| Patrick D. Lawler | (via CM/ECF electronic notification) |

DATE:                        PETER A. MOORE, JR., CLERK
March 16, 2021               (By) /s/ Nicole Sellers
                                   Deputy Clerk